UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **CASE NO.: 8:09-CV-1248-T-33TGW** |
| ) | |
| RUTH P. SMART, ) | |
| ) | **DEFAULT FINAL JUDGMENT** |
| Defendant. ) | |
| ) | |

This matter having come before the Court upon Plaintiff United States of America's Motion for Entry of Default Judgment (Doc. # 10) against defendant, Ruth P. Smart, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that Plaintiff United States of America's Motion for Entry of Default Judgment (Doc. # 10) is **GRANTED**, and judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant, Ruth P. Smart, upon the Complaint herein, and it is further

ORDERED AND ADJUDGED that Plaintiff recover of the defendant, Ruth P. Smart, the sum of $4,430.87, consisting of $2,452.54 in unpaid principal, plus the amount of $1,978.33 in interest accrued through November 2, 2009, in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, all together with interest at the rate of 8.00% per annum to the date of this judgment, together with the sum of $375.00 in taxed costs, and it is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §2001, et seq., 28 U.S.C. §3001-3307, and Rule 69(a), Federal

Rules of Civil Procedure.

The Clerk is directed to close this case.

DONE AND ORDERED in Chambers, in Tampa, FL, this 5th day of November, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

cc: Steven M. Davis, Esq.(Two Certified Copies)
Ruth P. Smart, Pro Se